APR 23 '26 PM1:07
FILED - USDC FLO SC

**Barbara Hannah Rogers**,
Plaintiff,

v.

**U.S. Bank National Association**,
**COLT 2020-3 Mortgage Loan Trust**,
**Brock & Scott, PLLC**,
and DOES 1–10,

Defendants.

Civil Action No.: _____

# COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS

(42 U.S.C. § 1983, Due Process Violations, Wrongful Foreclosure)

## I. JURISDICTION AND VENUE

1. This action arises under the **United States Constitution**, including the **Fourteenth Amendment**, and **42 U.S.C. § 1983**.
2. This Court has jurisdiction under **28 U.S.C. § 1331 (Federal Question Jurisdiction)**.
3. Venue is proper in this district because the events giving rise to this action occurred in Florence County, South Carolina.

## II. PARTIES

4. Plaintiff, Barbara Hannah Rogers, is a resident of Florence County, South Carolina.
5. Defendant, U.S. Bank National Association, is a financial institution doing business in South Carolina.
6. Defendant, COLT 2020-3 Mortgage Loan Trust, is a securitized trust claiming an interest in Plaintiff's property.
7. Defendant, Brock & Scott, PLLC, is a law firm that initiated and prosecuted the foreclosure proceedings against Plaintiff.

## III. FACTUAL ALLEGATIONS

8. Plaintiff owned and resided at 2988 Wild Turkey Drive, Effingham, South Carolina.

9. Defendants initiated foreclosure proceedings against Plaintiff.

10. Defendant Brock & Scott, PLLC, acting as counsel for the foreclosing parties, was responsible for prosecuting the foreclosure and ensuring proper service of process.

11. Plaintiff was **never properly served** with the summons and complaint in the foreclosure action.

12. As a direct result, Plaintiff had **no notice** and no meaningful opportunity to be heard.

13. A foreclosure judgment was entered against Plaintiff without jurisdiction.

14. A **Writ of Ejectment** was issued, and eviction has been scheduled for May 12, 2026.

15. Plaintiff has filed:

- Emergency Motion to Stay Writ of Ejectment
- Notice of Appeal
- Designation of Record

16. Despite these filings and the constitutional defects, Defendants continue to pursue eviction.

17. Plaintiff is on disability and will suffer extreme hardship, including homelessness, if eviction proceeds.

18. Defendants knew or should have known that failure of proper service renders the judgment void.

## IV. CAUSES OF ACTION

### COUNT I – VIOLATION OF DUE PROCESS (42 U.S.C. § 1983)

19. Plaintiff incorporates all prior paragraphs.

20. Defendants, acting under color of state law and in concert with state officials, deprived Plaintiff of property without due process of law.

21. The failure to properly serve Plaintiff deprived her of notice and opportunity to be heard.

22. Enforcement of the foreclosure judgment and eviction constitutes unconstitutional state action.

### COUNT II – WRONGFUL FORECLOSURE

23. Defendants pursued foreclosure without obtaining proper jurisdiction over Plaintiff.

24. The foreclosure judgment is void due to lack of service.

## COUNT III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

25. Defendants' conduct in proceeding with eviction despite constitutional defects is extreme and outrageous.
26. Plaintiff has suffered severe emotional distress, anxiety, and mental anguish.

## COUNT IV – DECLARATORY RELIEF

27. Plaintiff seeks a declaration that:

- The foreclosure judgment is void
- The writ of ejectment is invalid
- Any eviction based on such judgment is unlawful

## V. DAMAGES

28. Plaintiff has suffered:

- Loss of property rights
- Emotional distress
- Financial damages
- Constitutional violations

29. Plaintiff seeks:

- Compensatory damages: **$75,000 or more**
- Punitive damages: **$150,000 or more**
- Injunctive relief to stop eviction
- Costs and any allowable attorney's fees

## VI. REQUEST FOR INJUNCTIVE RELIEF

30. Plaintiff faces immediate and irreparable harm.
31. Plaintiff requests this Court issue:

- Temporary Restraining Order (TRO)
- Preliminary Injunction
- Permanent Injunction

to halt eviction proceedings.

## VII. JURY DEMAND

32. Plaintiff demands a trial by jury on all issues triable.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

a. Immediate injunctive relief stopping eviction;
b. Judgment against all Defendants;
c. Compensatory and punitive damages;
d. Declaratory relief;
e. Any further relief the Court deems just and proper.

/s/ Respectfully submitted,

Barbara Hannah Rogers (Pro Se)
2988 Wild Turkey Drive
Effingham, SC 29541
Phone: 843-230-8200

Date: 04/21/2025