IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Barbara Rogers, *a/k/a Barbara Hannah Rogers*, | C/A No.: 4:26-cv-1678-SAL |
| Plaintiff, | |
| v. | **ORDER** |
| US Bank National Association; Colt 2020-3 Mortgage Loan Trust; Brock & Scott PLLC; Does 1–10, | |
| Defendants. | |

Plaintiff filed this action alleging claims related to a state foreclosure action. *See* ECF No. 1. This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Judge Kaymani D. West and made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 13.] The Report recommends summary dismissal of this action for lack of subject matter jurisdiction. *Id.* Attached to the Report was a notice advising Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if she failed to do so. *Id.* at 6. Plaintiff has not filed objections, and the time for doing so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the

1

Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After reviewing the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 13, and incorporates the Report by reference herein. As a result, this matter is **DISMISSED WITHOUT PREJUDICE and without issuance and service of process**. Plaintiff's pending motions for temporary restraining orders, ECF Nos. 4, 8, should be **TERMINATED AS MOOT**.

     **IT IS SO ORDERED.**

June 18, 2026                    Sherri A. Lydon
Columbia, South Carolina        United States District Judge